AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   23-MJ-8031-PGL |
| JEROME LAMONT TURNER | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   SEPTEMBER 26, 2022   in the county of   NORFOLK   in the
_____ District of   MASSACHUSETTS  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2113 | BANK ROBBERY |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT OF MSP TROOPER MICHAEL HAINES

☑ Continued on the attached sheet.

_Michael Haines /by Paul G. Levenson_
*Complainant's signature*

MSP TROOPER MICHAEL HAINES
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   January 25, 2023
*Judge's signature*

City and state:   BOSTON, MA   US MAGISTRATE PAUL G. LEVINSON
*Printed name and title*